## Missouri Courts

### 26JE-CC00461 - HODGES FAMILY BUSINESS LLC V. CITY OF CRYSTAL CITY (E-CASE)

File Viewer | Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences

Service Information | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

**Judge/Commissioner Assigned**
RATHERT, JOSEPH ALFRED
**Date Filed**
05/01/2026
**Location**
Jefferson
**Case Type**
CC Property Damage
**Disposition**
Not Disposed
**Financial Information**



 Track This Case ☐

 Virtual Hearing Room

Back

Version 1.1.20.3 - Released 05/01/2026

**EXHIBIT**

**I**

# MissouriCourts

## 26JE-CC00461 - HODGES FAMILY BUSINESS LLC V. CITY OF CRYSTAL CITY (E-CASE)

**File Viewer** | Case Header | **Parties & Attorneys** | Docket Entries | Charges, Judgments & Sentences

Service Information | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

Click here to QuickFile on behalf of the Selected Party.

○ *HODGES FAMILY BUSINESS LLC D/B/A MAIN STREET CAFE* - Plaintiff

**Address:** 1228 CRYSTAL HEIGHTS ROAD CRYSTAL CITY, MO 63019-1414

Represented By

*BATTEN, DANIEL THOMAS* - Attorney for Plaintiff

**Address:** 222 S. CENTRAL AVENUE 10TH FLOOR ST LOUIS, MO 63105

○ *CITY OF CRYSTAL CITY, MISSOURI* - Defendant

**Address:** 130 MISSISSIPPI AVENUE CRYSTAL CITY, MO 63019

Represented By

*HILL, BLAKE DANIEL* - Attorney for Defendant

**Address:** HELLMICH, HILL & RETTER, LLC 1049 S. CLAY AVE. KIRKWOOD, MO 63122

Back

Version 1.1.20.3 - Released 05/01/2026

## Missouri Courts

### 26JE-CC00461 - HODGES FAMILY BUSINESS LLC V. CITY OF CRYSTAL CITY (E-CASE)

**File Viewer** | Case Header | Parties & Attorneys | **Docket Entries** | Charges, Judgments & Sentences

Service Information | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

**eFile on Case** | Respond to Selected Documents | **QuickFile**

Sort by date: ⊙ Descending ○ Ascending

Display options: [ All Entries ]

**06/05/2026**

☐ **Entry of Appearance Filed**
Entry of Appearance; Electronic Filing Certificate of Service.
  **Filed By:** BLAKE DANIEL HILL
  **On Behalf Of:** CITY OF CRYSTAL CITY, MISSOURI

**06/02/2026**

☐ **Notice**
NOTICE MAILED TO PARTIES

**05/27/2026**

☐ **Judge Assigned**

  **Filed By:** JOSEPH ALFRED RATHERT

☐ **Case Mgmt Conf Scheduled**

  Scheduled For: 07/29/2026; 12:00 PM; JOSEPH ALFRED RATHERT; Jefferson

☐ **Hearing/Trial Cancelled**
PER ADMIN ORDER
  **Associated Entries:** 05/04/2026 - Case Mgmt Conf Scheduled
  **Scheduled For:** 09/22/2026; 9:00 AM; EDWARD LOUIS PAGE; Jefferson

☐ **Order for Change of Judge**
THE ABOVE CAUSE IS ADMINISTRATIVELY TRANSFERRED TO DIVISION 1. CASE TO BE SET ON
7-29-26 AT 12 PM FOR CASE MANAGEMENT CONFERENCE. SO ORDERED; VICTOR
MELENBRINK, CIRCUIT JUDGE DIV. FIVE

**05/19/2026**

☐ **Summons Personally Served**
Document ID - 26-SMCC-1465; Served To - CITY OF CRYSTAL CITY, MISSOURI; Served Date -
05/15/2026; Served Time - 11:11:00; Service Type - SD; Reason Description - SERV; Service Text -
PERSONALLY SERVED

**05/04/2026**

☐ **Summons Issued-Circuit**
Document ID: 26-SMCC-1465, for CITY OF CRYSTAL CITY, MISSOURI

☐ **Case Mgmt Conf Scheduled**

  **Associated Entries:** 05/27/2026 - Hearing/Trial Cancelled [ + ]
  **Scheduled For:** 09/22/2026; 9:00 AM; EDWARD LOUIS PAGE; Jefferson

[ Back ]

**05/01/2026**

☐ ~~Filing Info Sheet - Filing~~

  **Filed By:** DANIEL THOMAS BATTEN

☐    **Note to Clerk eFiling**

   **Filed By:** DANIEL THOMAS BATTEN

☐    **Pet Filed in Circuit Ct**
   Petition.
   **Filed By:** DANIEL THOMAS BATTEN
   **On Behalf Of:** HODGES FAMILY BUSINESS LLC D/B/A MAIN STREET CAFE

Electronically Filed - Jefferson - May 01, 2026 - 01:28 PM

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| HODGES FAMILY BUSINESS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No.: |
| | ) | |
| vs. | ) | Division: |
| | ) | |
| City of Crystal City, Missouri, | ) | |
| | ) | |
| Serve at: | ) | |
| City Clerk Shelly Andrews | ) | |
| 130 Mississippi Avenue | ) | |
| Crystal City, MO 63019 | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PETITION**

COMES NOW Plaintiff Hodges Family Business LLC d/b/a Main Street Cafe, by and through their undersigned counsel, and for its cause of action against Defendant City of Crystal City, Missouri, states as follows:

**INTRODUCTION**

1.      Plaintiff Hodges Family Business LLC d/b/a Main Street Café ("Hodges") is a limited liability company registered to do business in the State of Missouri, with its principal place of business located in Jefferson County, Missouri.

2.      Defendant City of Crystal City, Missouri ("Crystal City") is a third class city located in Jefferson County, Missouri.

3.      This Court has jurisdiction of this controversy and this Court is the appropriate venue because Hodges is located in Jefferson County, Crystal City is located in Jefferson County, and the real property that is the subject of this Petition is located in Jefferson County.

4.      On September 9, 2019, Hodges purchase certain real property located at 902

Electronically Filed - Jefferson - May 01, 2026 - 01:28 PM

North Truman Blvd., Crystal City, Missouri 63019 (the "Building").

5.    Hodges purchased the Building to operate its restaurant.

6.    The Building abuts a retaining wall that was built by and is owned by Crystal City (the "Retaining Wall").

7.    The Retaining Wall rises above the roof of the Building.

8.    There is an alley and storm gutter ("Storm Gutter") that run along the other side of the Retaining Wall that was constructed by and is owned and maintained by Crystal City.

9.    The Storm Gutter and is intended to direct storm water along the length of the Building and away from the Building.

10.    The Storm Gutter has fallen into substantial disrepair, cracking in parts and pulling away from the Retaining Wall.

11.    The condition of the Storm Gutter and Retaining Wall is such that storm water runs down to the subsurface of the Retaining Wall instead of away from the Building.

12.    Crystal City is responsible for properly maintaining the Storm Gutter and the Retaining Wall.

13.    In July 2024, Hodges observed that the Building had noticeably shifted forward, away from the Retaining Wall at an angle, causing cracks throughout the Building and spaces where the Building's walls had separated.

14.    An inspection of the Building by an engineer determined that the shifting was caused by water erosion behind the Building and the Retaining Wall as the water seeped into the cracks along the Retaining Wall as a result of improper maintenance and repair of the Storm Gutter.

15.    Instead of draining away from the Building, storm water was and continues to

2

Electronically Filed - Jefferson - May 01, 2026 - 01:28 PM

seep behind the Retaining Wall and erode the soil.

16.     This in turn has and is causing the severe lateral movement of the Building's walls, separation between the interior walls and exterior walls, and storm water to drain into the Building.

17.     The Building's damage has caused the Building to be unsafe to occupy and threatens to cause the Building to collapse altogether.

18.     Therefore, Hodges was forced to relocate its restaurant to another building.

19.     The Building's extensive damages as a direct result of Crystal City's failure to properly maintain and repair the Retaining Wall and Drain Gutter is so extreme that the Building cannot be repaired; instead, it must be demolished and rebuilt, including Crystal City's Retaining Wall.

20.     The Hodges notified Crystal City of the of the Buildings damage shortly after it was discovered.

21.     After identifying the cause of the damage to Hodges' Building, on March 13, 2025, Hodges notified Crystal City of same on March 13, 2025, and made a demand upon Crystal City that cure the defects in the Retaining Wall and Storm Gutter, and repair the Building.

22.     However, to date, Crystal City has failed and refused to do so.

23.     The Building continues to be damaged by the water flowing behind it and the accompanying erosion as a result the improperly maintained and repaired Retaining Wall and Storm Gutter and therefore Hodges continues to be damaged, especially during and after each rain event.

24.     Crystal City has failed and refused to take any steps to mitigate the damage being

Electronically Filed - Jefferson - May 01, 2026 - 01:28 PM

caused to the Building.

## COUNT I: INVERSE CONDEMNATION

25.     Hodges realleges each and every allegation above as if fully set out herein.

26.     Pursuant to Article 1, Section 26 of the Missouri Constitution, "private property shall not be taken or damaged for public use without just compensation. Such compensation shall be ascertained by a jury or board of commissioners of not less than three freeholders, in such manner as may be provided by law; and until the same shall be paid to the owner, or into the court for the owners, the property shall not be disturbed or the proprietary rights of the owner therein be divested."

27.     "In an inverse condemnation action, a plaintiff may recover compensation even when his or her property has not been formally taken by a governmental entity." Heuer v. City of Cape Girardeau, 370 S.W.3d 903, 913-14 (Mo.App.E.D. 2012).

28.     Though its above identified conduct and failure to reasonably maintain and repair the Retaining Wall and Storm Gutter, Crystal City has invaded and appropriated Hodge's property rights in the Building.

29.     Further, Crystal City has unreasonably and unlawfully restricted Hodges' ability to use and access its Building.

30.     As a result, Hodges has been damaged in an amount in excess of $25,000.00, as to be determined a trial, and continues to be damaged.

WHEREFORE, Plaintiff Hodges Family Business LLC d/b/a Main Street Cafe prays for the following relief against Defendant City of Crystal City:

A.     This Court's Order requiring that Crystal City replace and repair the Retaining Wall and Storm Gutter;

4

Electronically Filed - Jefferson - May 01, 2026 - 01:28 PM

B.      Awarding Hodges for the damages it has and will continue to incur as a result of Crystal City's failure to properly maintain and repair the Retaining Wall and Storm Drains;

C.      Awarding Hodges its costs and attorneys' fees; and

D.      Such other relief as the Court deems just and proper.

### COUNT II – VIOLATION OF CIVIL RIGHTS PURSUANT TO TITLE 42 U.S.C. § 1983
### (Deprivation of Property by Unreasonable Seizure)

31.     Hodges realleges each and every allegation above as if fully set out herein.

32.     Crystal City meaningfully interfered with Hodges' protected interest in the Building by failing to properly maintain and repair the Retaining Wall and Storm Gutter, thus causing the Retaining Wall to lean against the Building, and thus causing the Building to lean away from the Retaining Wall and ultimately causing the Building to become unsafe for occupancy.

33.     By these actions, Crystal City acted under color of law to seize the Building within the meaning of the Fourth Amendment to the United States Constitution.

34.     Crystal City's misconduct was unreasonable and in violation of the Fourth Amendment to the United States Constitution.

35.     As a direct and proximate result of Crystal City's violation of Hodges' Constitutional rights.

36.     Hodges is therefore entitled to relief under 42 U.S.C. § 1983.

WHEREFORE, Plaintiff Hodges Family Business LLC d/b/a Main Street Cafe prays for the following relief against Defendant City of Crystal City:

A.      This Court's Order requiring that Crystal City replace and repair the Retaining Wall and Storm Gutter;

Electronically Filed - Jefferson - May 01, 2026 - 01:28 PM

B.      Award Hodges for the damages it has and will continue to incur as a result of Crystal City's failure to properly maintain and repair the Retaining Wall and Storm Drains;

C.      Awarding Hodges its costs and attorneys' fees pursuant to 42 U.S.C. § 1988; and

D.      Such other relief as the Court deems just and proper.

**COUNT III – VIOLATION OF CIVIL RIGHTS PURSUANT TO TITLE 42 U.S.C. § 1983**
**(Deprivation of Property Without Due Process of Law)**

37.     Hodges realleges each and every allegation above as if fully set out herein.

38.     Hodges has a protected property interest in the Building.

39.     Crystal City's actions deprived Hodges of its protected property interests in the Building.

40.     Crystal City's actions and inactions deprived Hodges of its property without affording Hodges the opportunity to be heard as to Crystal City's actions and inactions.

41.     Because Crystal City did not provide any mechanism for review of Crystal City's maintenance and repair of the Retaining Wall and Storm Gutter, Crystal City did not provide Hodges with constitutionally adequate notice of the non-existent hearing procedure.

42.     Crystal City's deprivation of Hodges' rights to the Building was therefore accomplished without due process of law in violation of the Fourteenth Amendment to the United States Constitution.

43.     Crystal City's deprivation of Hodges' rights in the Building were accomplished in accordance with Crystal City's standard policy and/or custom for maintaining and repairing its retaining walls and storm gutters.

44.     As a direct and proximate result of Crystal City's violation of Hodges' Constitutional right to be free from deprivations without due process of law, Hodges has suffered

6

Electronically Filed - Jefferson - May 01, 2026 - 01:28 PM

damages based upon the lost value of the Building, lost use of the Building, last revenue stream from its restaurant, and other damages.

45. Hodges is therefore entitled to relief under 42 U.S.C. § 1983.

WHEREFORE, Plaintiff Hodges Family Business LLC d/b/a Main Street Cafe prays for the following relief against Defendant City of Crystal City:

A. This Court's Order requiring that Crystal City replace and repair the Retaining Wall and Storm Gutter;

B. Award Hodges for the damages it has and will continue to incur as a result of Crystal City's failure to properly maintain and repair the Retaining Wall and Storm Drains;

C. Awarding Hodges its costs and attorneys' fees pursuant to 42 U.S.C. § 1988; and

D. Such other relief as the Court deems just and proper.

### COUNT IV – CONVERSION

46. Hodges realleges each and every allegation above as if fully set out herein.

47. Crystal City's actions and inactions have resulted in Crystal City's purposefully, knowingly and/or intentionally exercising domination and control over the Building, wrongfully interfering with Hodges' rights to possession and use of the Building.

48. Hodges has suffered and continues to suffer damages as a result of Crystal City's actions and inactions.

WHEREFORE, Plaintiff Hodges Family Business LLC d/b/a Main Street Cafe prays for the following relief against Defendant City of Crystal City:

A. This Court's Order requiring that Crystal City replace and repair the Retaining Wall and Storm Gutter;

Electronically Filed - Jefferson - May 01, 2026 - 01:28 PM

B.     Award Hodges for the damages it has and will continue to incur as a result of Crystal City's failure to properly maintain and repair the Retaining Wall and Storm Drains;

C.     Awarding Hodges its costs and attorneys' fees pursuant to 42 U.S.C. § 1988; and

D.     Such other relief as the Court deems just and proper.

### COUNT V – DECLARATORY JUDGMENT

49.     To the extent that Crystal City denies that it is the owner of the Retaining Wall and/or Storm Gutter, and/or Crystal City denies that it is responsible for maintaining and/or repairing the Retaining Wall and/or the Storm Gutter, a dispute exists between the parties as to their respective rights and interests regarding same.

WHEREFORE, Plaintiff Hodges Family Business LLC d/b/a Main Street Cafe prays for the following relief against Defendant City of Crystal City:

A.     This Court's Order and Judgment regarding the parties' respective rights, obligations and interests pertaining to the Retaining Wall and Storm Gutter; and

B.     Such other relief as the Court deems just and proper.

Respectfully submitted,

CURTIS, HEINZ, GARRETT & O'KEEFE, P.C.

/s/Daniel T. Batten_____
DANIEL BATTEN #58810
dbatten@chgolaw.com
222 S. Central Avenue, 10th Floor
St. Louis, Missouri 63105
(314) 725-8788
(314) 725-8789 Facsimile
*Attorneys for Plaintiff*

8

# Summons in Civil Case

IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| Judge or Division:<br>EDWARD LOUIS PAGE | Case Number: 26JE-CC00461 | |
|---|---|---|
| Plaintiff/Petitioner:<br> HODGES FAMILY BUSINESS LLC<br>D/B/A MAIN STREET CAFE<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DANIEL THOMAS BATTEN<br>222 S. CENTRAL AVENUE<br>10TH FLOOR<br>ST LOUIS, MO  63105 | |
| Defendant/Respondent:<br> CITY OF CRYSTAL CITY, MISSOURI | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO  63050 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Property Damage | | |

**The State of Missouri to:   CITY OF CRYSTAL CITY, MISSOURI**
**Alias:**
**130 MISSISSIPPI AVENUE**
**CRYSTAL CITY, MO  63019**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*COURT SEAL OF*



*JEFFERSON COUNTY*

04-MAY-2026
———————————
Date

MICHAEL E. REUTER,
CIRCUIT CLERK   /s/ G.
LUCAS, DEPUTY CLERK
———————————————
Clerk

**Further Information:**

Case Number: 26JE-CC00461

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____        _____
         Printed Name of Officer or Server                        Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*        My commission expires: _____ _____
                                                      Date                              Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# Summons in Civil Case

## IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| Judge or Division:<br>EDWARD LOUIS PAGE | Case Number: **26JE-CC00461** |
|---|---|
| Plaintiff/Petitioner:<br>HODGES FAMILY BUSINESS LLC<br>D/B/A MAIN STREET CAFE<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>DANIEL THOMAS BATTEN<br>222 S. CENTRAL AVENUE<br>10TH FLOOR<br>ST LOUIS, MO 63105 |
| Defendant/Respondent:<br>CITY OF CRYSTAL CITY, MISSOURI | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO 63050 |
| Nature of Suit:<br>CC Property Damage | |

DAVID L. MARSHAK
Sheriff, Jefferson County, MO
MAY 14 2026
RECEIVED
(Date File Stamp for Return)

The State of Missouri to:   CITY OF CRYSTAL CITY, MISSOURI
Alias:
**130 MISSISSIPPI AVENUE
CRYSTAL CITY, MO 63019**

Other Addresses:

**FILED**

MAY 19 2026

**MICHAEL E. REUTER
CIRCUIT CLERK**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**



**JEFFERSON COUNTY**

04-MAY-2026
Date

MICHAEL E. REUTER,
CIRCUIT CLERK   /s/ G.
LUCAS, DEPUTY CLERK
Clerk

**Further Information:**

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-1465**
1 of 2 (26JE-CC00461)                    Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case Number: 26JE-CC00461

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one) *Lisa Easter (assistant Clerk*

[X] delivering a copy of the summons and petition to the defendant/respondent.

[ ] leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

[ ] (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

[ ] other: _____.

Served at ___*130 Mississippi Ave Crystal City, MO 63019*___ (address) in ___*Jefferson*___ (County/City of St. Louis), MO, on ___*5-15-2026*___ (date) at ___*11:11*___ (time).

___*Dep. D. Niere #279 JCSO*___
**Printed Name of Officer or Server**

_____
**Signature of Officer or Server**

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____  _____
                              Date              Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

FILED

MAY 2 7 2026

MICHAEL E. REUTER
CIRCUIT CLERK

| 25JE-CC00533 | MATTHEW SCHWEISS ET AL V JASON MENENDEZ ET AL | 6/6/2025 | 356 |
|---|---|---|---|
| 25JE-CC00618 | KASEY WHITMAN V. CAITLYN BUTCHER | 6/27/2025 | 335 |
| 25JE-CC00666 | MARK BUCKNER ETAL V. ALL PHASE CONSTRUCTION ET AL | 7/15/2025 | 317 |
| 25JE-CC00721 | SAMUEL PORTER V. ZACHARY WYCOFF | 7/30/2025 | 302 |
| 25JE-CC00726 | CHERYL PILLOW V. FAITH COMMUNITY CHURCH OF HOUSE | 7/31/2025 | 301 |
| 25JE-CC00757 | GARY CLIFFORD V JEFFERSON CO SHERIFF DEPT, ET AL | 8/6/2025 | 295 |
| 25JE-CC00790 | THE CENTRAL TRUST BANK V NANCY EMBRY | 8/14/2025 | 287 |
| 25JE-CC00839 | GARY STEVEN CULLEN V KEITH ALLEN LOVELAND | 8/26/2025 | 275 |
| 25JE-CC00865 | TIMOTHY NOBLES VS. AMERICAN FAMILY MUTUAL INSURAN | 9/3/2025 | 267 |
| 25JE-CC00931 | RILEY THEIS V N.B. WEST CONTRACTING CO. ET AL | 9/23/2025 | 147 |
| 25JE-CC00968 | EMILY LITLE ET AL V. AARON EMERSON ET AL | 10/3/2025 | 237 |
| 25JE-CC01016 | RITA STEPHENS V IVA ABOUSSIE ET AL | 10/17/2025 | 223 |
| 25JE-CC01037 | PRESTIGE FINANCIAL SERVICES, INC. V CARISSA LILLAR | 10/27/2025 | 213 |
| 25JE-CC01077 | NICHOLAS HARRIS V DENISE HENDERSON | 11/7/2025 | 202 |
| 25JE-CC01145 | JPMORGAN CHASE BANK, N.A. V. WILLIAM T SILIVEN | 11/26/2025 | 183 |
| 25JE-CC01171 | JEFFREY LITZSINGER ET AL V TULIP INVESTMENTS ET AL | 12/8/2025 | 171 |
| 25JE-CC01174 | JERI PRUITT V. AMERICAN FAMILY INSURANCE | 12/10/2025 | 169 |
| 25JE-CC01241 | P PAUL ALBANO ET AL V. JEFFREY HELD ET AL | 12/30/2025 | 149 |
| 26JE-CC00013 | KERI ZUMBRUN VS DECOTA PRUIT | 1/7/2026 | 141 |
| 26JE-CC00045 | VFS US, LLC VS KEMAJI QORRI | 1/15/2026 | 133 |
| 26JE-CC00056 | LIBERTY MUTUAL INS. V. JESSE D. BRAWLEY | 1/20/2026 | 128 |
| 26JE-CC00076 | DONALD V STOLLE V DEPARTMENT OF SOCIAL SERVICES | 1/21/2026 | 127 |
| 26JE-CC00077 | KEY RETIREMENT SOLUTIONS V. TREFF | 1/27/2026 | 121 |
| 25JE-AC05069-01 | BL HAVERSTICK CONCRETE LLC V SHANE WILLIAMS | 2/11/2026 | 106 |
| 26JE-CC00192 | LVNV FUNDING LLC V. JOHN PHEGLEY | 2/26/2026 | 91 |
| 26JE-CC00214 | VELOCITY INVESTMENTS V RYAN HAUSMANN | 3/5/2026 | 84 |
| 26JE-CC00254 | WRIGHT V. CITY OF PEVELY MISSOURI | 3/12/2026 | 77 |
| 26JE-CC00269 | GUYON V. ILIQUOR, LLC D/B/A INJOY LIQUOR | 3/16/2026 | 73 |
| 26JE-CC00284 | CHARLES C TRIPP V MISSOURI DIRECTOR OF REVENUE | 3/19/2026 | 70 |
| 26JE-CC00285 | CHARLES C TRIPP V MISSOURI DIRECTOR OF REVENUE | 3/19/2026 | 70 |
| 26JE-CC00289 | IMPERIAL COMMONS MO MHC, LL V DONALD B SWEET ET AL | 3/19/2026 | 70 |
| 26JE-CC00300 | ALABAMA HOUSING FINANCE A V KENNY R MAYFIELD ET AL | 3/23/2026 | 66 |
| 26JE-CC00314 | GARY VEAL V MISSOURI DIRECTOR OF REVENUE | 3/25/2026 | 64 |
| 26JE-CC00321 | NAUMANN V. TJX COMPANIES, INC., ET AL | 3/26/2026 | 63 |
| 26JE-CC00331 | MARTY STOJAN V. STORM GUARD FRANCHISE SYSTEMS LLC | 3/31/2026 | 58 |
| 26JE-CC00351 | CITY OF CRYSTAL CITY V DIRECTOR OF REVENUE STATE O | 4/3/2026 | 55 |
| 26JE-CC00382 | RIVERVIEW MANOR SUBDIVISION V FRANK W YOUNT ET AL | 4/14/2026 | 44 |
| 26JE-CC00394 | JOSEPH COUNTS V DOLORES COUNTS | 4/17/2026 | 41 |
| 26JE-CC00402 | ADVANCED ROOFING SYSTEMS AND CONSTRUCTION LLC V | 4/20/2026 | 38 |
| 26JE-CC00411 | JPMORGAN CHASE BANK, N.A. V. TERRY L STEVENSON | 4/21/2026 | 37 |
| 26JE-CC00422 | M.M. V. ROWLES COMPANY | 4/23/2026 | 35 |
| 26JE-CC00441 | DENNIS A WATZ ET AL V PETER HARVEY | 4/27/2026 | 31 |
| 26JE-CC00434 | JOSEPH COUNTS V ROBERT BATEMAN | 4/28/2026 | 30 |
| 26JE-CC00443 | DAVID J PORTER V LARRY J WITHOUSE | 4/28/2026 | 30 |
| 26JE-CC00461 | HODGES FAMILY BUSINESS LLC V. CITY OF CRYSTAL CITY | 5/1/2026 | 27 |
| 26JE-CC00470 | TASHA NULL V. JUSTIN TOENGES & CAT COVERAGE, INC. | 5/4/2026 | 24 |
| 26JE-CC00479 | MIDLAND CREDIT VS GERALD PROFETA | 5/6/2026 | 22 |
| 26JE-CC00489 | STATE OF MISSOURI V. CORE STRONG FITNESS | 5/12/2026 | 16 |
| 26JE-CC00500 | JOHN BEAL, INCORPORATED V. WILLIAM BARRON | 5/13/2026 | 15 |
| 26JE-CC00509 | BRIAN FORBUSH V BR HOMES STLMO, LLC | 5/14/2026 | 14 |
| 26JE-CC00522 | DAVID N. BAKER AND LYNN BAKER V. TRICIA M. KELLEY | 5/19/2026 | 9 |
| 26JE-CC00526 | FRANCES STEPHENS-DOLMAGE V MARCUS JAXTON BATES | 5/19/2026 | 9 |

The above listed cases are administratively transferred to Division 1.

Cases to be set on 7/29/2026 at
12pm for Case Management
Conference.

So Ordered:

May 27, 2026, 2:49 pm
Victor J. Melenbrink
Circuit Judge, Div. 5



# Notice of New Court Date

IN THE 23RD JUDICIAL CIRCUIT
JEFFERSON COUNTY, MISSOURI

Date File Stamp

Judge or Division: EDWARD LOUIS PAGE

**Case Number: 26JE-CC00461**

Style of Case: HODGES FAMILY BUSINESS LLC V. CITY OF CRYSTAL CITY

To:                                              Attorney:


CITY OF CRYSTAL CITY, MISSOURI
130 MISSISSIPPI AVENUE
CRYSTAL CITY, MO  63019


**Notice to Parties:** You have a new court date. This replaces your former court date. If you fail to appear for this hearing, a default judgment may be entered against you.


Date/Time of New Hearing:    **29-JUL-2026 / 12:00 PM**

Location of Hearing:              DIVISION 1 COURTROOM
                                         P O BOX 100
                                         300 MAIN ST
                                         HILLSBORO, MO  63050

Clerk Phone Number: 636-797-5443

Clerk Email Address: N/A

Further Information:

TRACK YOUR CASE! See Case.net at www.courts.mo.gov.

**If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.**


| JUNE 2, 2026 | /s/ E. ANDERSON |
|---|---|
| Date | Clerk |

GN270A                                    17 of 1 (26JE-CC00461)

Electronically Filed - JEFFERSON - June 05, 2026 - 04:21 PM

IN THE CIRCUIT COURT OF JEFFERSON COUNTY
STATE OF MISSOURI

HODGES FAMILY BUSINESS LLC,

    Plaintiff,

v.

CITY OF CRYSTAL CITY, MISSOURI,

    Defendants.

Cause No. 26JE-CC00461

## ENTRY OF APPEARANCE

Blake D. Hill of Hellmich, Hill & Retter, LLC hereby enters his appearance on behalf of

the City of Crystal City, Missouri

Respectfully submitted,

HELLMICH, HILL & RETTER, LLC

  /s/ Blake D. Hill
Blake D. Hill #58926MO
1049 North Clay Avenue
Kirkwood, MO  63122
314-646-1110 – Phone 314-646-1122 – Fax
blake@hellmichhillretter.com
*Attorney for*
*Defendant City of Crystal City, Missouri*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed via the court's electronic filing system, this 5th day of June 2026, to all counsel of record.

  /s/ Blake D. Hill

## Missouri Courts

**26JE-CC00461 - HODGES FAMILY BUSINESS LLC V. CITY OF CRYSTAL CITY (E-CASE)**

| File Viewer | Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences |

Service Information    Scheduled Hearings & Trials    Civil Judgments    Garnishments/Execution

Charge information is not available for the selected case.

**Back**

Version 1.1.20.3 - Released 05/01/2026

# Missouri Courts

## 26JE-CC00461 - HODGES FAMILY BUSINESS LLC V. CITY OF CRYSTAL CITY (E-CASE)

**File Viewer**    Case Header    Parties & Attorneys    Docket Entries    Charges, Judgments & Sentences

Service Information    Scheduled Hearings & Trials    Civil Judgments    Garnishments/Execution

Further information may be available in the docket entries portion of Case.net. Because service of process may establish legal obligations, you may want to examine the original case file in the clerk's office.



### Issuance

**Issued To**
CITY OF CRYSTAL CITY, MISSOURI
**Date Issued**
05/04/2026
**Due Date**
06/03/2026
**Document Issued**
Summons Civil Case-To Dft-Res
**Document ID**
26-SMCC-1465

#### Return

**Type Of Service**
Summons Personally Served
**Service/Attempt Date**
05/15/2026
**Served To**
CITY OF CRYSTAL CITY, MISSOURI
**Service Text**
PERSONALLY SERVED

Showing 1 to 1 of 1 entries

Previous    1    Next

Back

# MissouriCourts

## 26JE-CC00461 - HODGES FAMILY BUSINESS LLC V. CITY OF CRYSTAL CITY (E-CASE)

**File Viewer**  Case Header  Parties & Attorneys  Docket Entries  Charges, Judgments & Sentences

Service Information  **Scheduled Hearings & Trials**  Civil Judgments  Garnishments/Execution

If an event is continued or cancelled it will not appear on this calendar.

### WEDNESDAY, JULY 29, 2026

**Judge/Commissioner:** JOSEPH ALFRED RATHERT

**Setting:**

**Time:** 12:00 PM

**Day:** 1 OF 1

**Location:** Jefferson

**Room:** Division 1 Courtroom

**Event:** Case Management Conference

**Address:** P O BOX 100 300 MAIN ST HILLSBORO MO

**Event Text:**

**Back**

# MissouriCourts

## 26JE-CC00461 - HODGES FAMILY BUSINESS LLC V. CITY OF CRYSTAL CITY (E-CASE)

**File Viewer**  Case Header  Parties & Attorneys  Docket Entries  Charges, Judgments & Sentences

Service Information  Scheduled Hearings & Trials  Civil Judgments  Garnishments/Execution

Civil Judgments is not available for the selected case.

**Back**

## MissouriCourts

### 26JE-CC00461 - HODGES FAMILY BUSINESS LLC V. CITY OF CRYSTAL CITY (E-CASE)

**File Viewer** | **Case Header** | **Parties & Attorneys** | **Docket Entries** | **Charges, Judgments & Sentences**

**Service Information** | **Scheduled Hearings & Trials** | **Civil Judgments** | **Garnishments/Execution**

Garnishment information is not available for the selected case.

**Back**